IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN JACOBS<br><br>     Petitioner<br><br> v.<br><br>THE WARDEN OF RIVERSIDE CORRECTIONAL FACILITY,<br><br>     Respondent. | CIVIL ACTION<br>NO. 20-6590 |

## ORDER

**AND NOW**, this 11th day of March 2021, upon consideration of the Petition for Writ of Habeas Corpus of Petitioner Steven Jacob's (Doc. No. 2), the "Amended Courts Delecto Motion to Dismiss" of Petitioner (Doc. No. 6), and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 11), it is **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Lloret (Doc. No. 11) is **APPROVED** and **ADOPTED**.

2. Petitioner Steven Jacob's Petition for Writ of Habeas Corpus is **DENIED WITHOUT PREJUDICE** to refile at the conclusion of his state court proceedings.

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because the applicant has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that reasonable jurists would find the Court's assessment of the constitutional claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

4.  The Clerk of Court shall mark this case as closed for statistical purposes.

                                                  BY THE COURT:

                                                  /s/ Joel H. Slomsky_____
                                                  JOEL H. SLOMSKY, J.